UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVETTE CLAY,<br><br>                    Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>                    Defendant. | CASE NO. 3:23-cv-05696-DGE<br><br>ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER (DKT. NO. 6) |

  This matter comes before the Court on Defendant Experian Information Solutions Inc.'s stipulated motion for extension of time to file their answer.  (Dkt. No. 6.)  Having reviewed the Motion and the remainder of the record, the Court hereby finds good cause to extend.

  Accordingly, the Court hereby GRANTS the motion to extend.  The new deadline to answer or otherwise respond to the Complaint (Dkt. No. 1) is September 15, 2023.

  Dated this 28th day of August 2023.



ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER (DKT. NO. 6) - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

David G. Estudillo
United States District Judge

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE ANSWER (DKT. NO. 6) - 2