UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

YVETTE CLAY,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

No. 3:23-cv-05696-DGE

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL**

**NOTE ON MOTION CALENDAR: FEBRUARY 14, 2024**

This matter having come before the Court on the Stipulated Motion for Extension of Time to File Stipulation for Dismissal (the "Stipulated Motion"), the Court having reviewed the files relevant to the Stipulated Motion and for good cause shown, it is hereby **ORDERED** that the Stipulated Motion is **GRANTED,** and Plaintiff Yvette Clay and Defendant Experian Information Solutions, Inc. may file dismissal papers until and through March 15, 2024.

SO ORDERED this 26th day of February 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL (3:23-cv-05696-DGE) - 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

119986841.3 0205744-00001

1  Presented by:

2  STOEL RIVES LLP

3

4  /s/Rachel D. Groshong
   Rachel D. Groshong, WSBA No. 47021
5  Sara J. Wadsworth, WSBA No. 55952
6  600 University Street, Suite 3600
   Seattle, WA  98101
7  Telephone:  206.624.0900
   Facsimile:  206.386.7500
8  Email: sara.wadsworth@stoel.com
9          rachel.groshong@stoel.com

10 *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*
11

12

13

14 _____
   Yvette Clay
15 4210 Everett Street
   Tacoma, WA 98404
16 Telephone: (443) 818-3031
   Email: yvetteclay30@gmail.com
17

18 *Plaintiff Pro Se.*

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
STIPULATION FOR DISMISSAL (3:23-cv-05696-DGE) - 2