THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVETTE CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | No. 3:23-cv-05696-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL (DKT. NO. 16) |

This matter comes before the Court on the Stipulated Motion for Extension of Time to File Stipulation for Dismissal.  The Court, having reviewed the files relevant to the Stipulated Motion and for good cause shown, hereby ORDERS the Stipulated Motion is GRANTED**,** and Plaintiff Yvette Clay and Defendant Experian Information Solutions, Inc. may file dismissal papers until and through April 29, 2024.

Dated this 25th day of March 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL (3:23-cv-05696-DGE) - 1